IN THE SUPREME COURT OF THE STATE OF MONTANA

No. AF 11-0244

FILED

OCT 23 2012

*Ed Smith*
CLERK OF THE SUPREME COURT
STATE OF MONTANA

| | | |
|---|---|---|
| IN RE AMENDED RULES OF PROCEDURE | ) | |
| OF THE COMMISSION ON CHARACTER | ) | O R D E R |
| AND FITNESS | ) | |

At this Court's request, the Commission on Character and Fitness has submitted its proposed amended Rules of Procedure, as made necessary by our July 3, 2012 order adopting use of the Uniform Bar Examination and the NCBE online character and fitness investigation service in Montana. For purposes of clarifying existing procedures, the Commission also has proposed a few additional changes to its rules.

The Court has now reviewed the proposed amended Rules of Procedure of the Commission on Character and Fitness.

IT IS ORDERED that the attached amended Rules of Procedure of the Commission on Character and Fitness are adopted, effective as of the date of this Order.

The attached rules shall be posted on the Court's website. The Clerk is directed to provide copies of this order and the attached rules to the Chair and all members of the Commission on Character and Fitness, Todd Everts and Kevin Hayes at the Montana Legislative Services Division, the State Bar of Montana, and Thomson Reuters.

DATED this _____ day of October, 2012.

Chief Justice

1

_____
Michael E Wheat

_____

_____

_____ Patricia Cotter

_____
Justices